UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
JENNIFER DOWLING, :
:
                Plaintiff, :
: 19-cv-2114 (LJL)
   -v- :
: ORDER
NEW YORK-PRESBYTERIAN/WEILL CORNELL :
MEDICAL CENTER, et al. :
:
                Defendants. :
:
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the status conference previously scheduled for March 20, 2020 at 11:30 a.m. shall take place on that date and at that time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    Counsel for Plaintiff is ordered to notify all counsel of this Notice.

    SO ORDERED.

Dated: March 10, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2020