```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JENNIFER DOWLING,                                                :
                                                                 :
                        Plaintiff,                               :
                                                                 :        19-cv-2114 (LJL)
        -v-                                                      :
                                                                 :        ORDER
NEW YORK-PRESBYTERIAN/WEILL CORNELL                              :
MEDICAL CENTER and BRIAN SCHNEIDER,                              :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference on March 20, 2020 in which the parties discussed their joint status letter, *see* Dkt. No. 30, and Defendants' intent to file a motion for summary judgment. The Court GRANTS the summary judgment briefing schedule in that letter. It is hereby ORDERED:

- The parties shall submit a Joint Rule 56.1 Statement of Material Facts setting out all facts on which the parties agree by April 17, 2020;

- Defendants shall file their motion for summary judgment by April 24, 2020;

- Plaintiff shall file her opposition by May 29, 2020;

- Defendants shall file their reply by June 19, 2020.

IT IS FURTHER ORDERED that the parties shall submit the joint pretrial order by August 14, 2020. The parties shall be ready for trial on September 14, 2020.

SO ORDERED.

Dated: March 20, 2020
       New York, New York                           _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge